IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER C. CULVER,

    Plaintiff,

v.                      CASE NO. 5:10cv249-RH/EMT

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF REMAND

This case is before the court on the magistrate judge's report and recommendation, ECF No. 17. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The Commissioner's decision determining that the claimant is not disabled is REVERSED. The case is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for

further proceedings consistent with the report and recommendation." The clerk must close the file.

  SO ORDERED on January 15, 2012.

            s/Robert L. Hinkle
            United States District Judge