**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CHRISTOPHER CULVER,

      Plaintiff,

v.                              CASE NO. 5:10cv249-RH/EMT

MICHAEL J. ASTRUE,

      Defendant.

_____/

**ORDER AWARDING ATTORNEY'S FEES**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 24. The parties consented in advance to the recommended decision and presumably will not object now. A party who objects may file a timely motion to alter or amend.

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for attorney's fees, ECF No. 22, is GRANTED. The Secretary must pay the plaintiff $4,497.26 as attorney's fees under the Equal Access to Justice Act.

SO ORDERED on June 2, 2012.

                          s/Robert L. Hinkle
                          United States District Judge