IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


CHRISTOPHER C. CULVER,

    Plaintiff,

v.                          CASE NO. 5:10cv249-RH/EMT

CAROLYN W. COLVIN,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's report and recommendation, ECF No. 32. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for attorney's fees, ECF No. 26, is GRANTED. The Secretary must pay attorney's fees of $24,269.00 to the plaintiff's attorney

from the plaintiff's past-due benefits.  The attorney must refund to the plaintiff the previously awarded Equal Access to Justice Act fee of $4,497.26.

SO ORDERED on May 29, 2014.

> s/Robert L. Hinkle
> United States District Judge